Alan R. Wechsler/Bar No. 213701
     alan@mountainsidelaw.com
MOUNTAINSIDE LAW
P.O. Box 3453
Incline Village, NV 89450
Tel:   (775) 548-5020
Fax:   (775) 249-0553

Attorneys for Defendant
KELSEN THOMPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGTRUCK BRAND, INC. and GALEN GIFFORD, | ) CASE NO. 2:17-CV-01593-KJM-AC |
| | ) Honorable Kimberly J. Mueller |
| Plaintiffs, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **EXTENDING TIME FOR** |
| | ) **DEFENDANT TO RESPOND TO** |
| KELSEN THOMPSON, | ) **COMPLAINT** |
| individually and doing business as | ) |
| "We the Trees Brand", | ) |
| | ) |
| Defendant. | ) |
| | ) *Complaint Filed:*      August 1, 2017 |
| | ) *Trial Date:*            Not Set |

///

///

///

///

///

///

///

///

///

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND
TO COMPLAINT**

WHEREAS, Plaintiffs BigTruck Brand, Inc. and Galen Gifford (collectively, "Plaintiffs") filed their Complaint in the above-captioned action (the "Action") on August 1, 2017.

WHEREAS, Defendant Kelsen Thompson, individually and doing business as "We the Trees Brand" ("Thompson"), was personally served with the Summons and Complaint on August 4, 2017, such that the deadline for Thompson to file his response to the Complaint was August 25, 2017.

WHEREAS, Plaintiffs and Thompson previously have entered into two written stipulations to extend the time for Thompson to respond to the Complaint by a collective total of twenty-eight (28) days, to and including Friday, September 22, 2017, in accordance with Eastern District of California Local Rule 144 (a).

WHEREAS, as a result of the parties' prior stipulations, the current due date for Thompson's response to the Complaint is Friday, September 22, 2017.

WHEREAS, the parties have been actively engaged in settlement discussions in an effort to reach a resolution of this Action.

WHEREAS, in a further effort to reach an early resolution of this Action, the parties have agreed to participate in an early private mediation as soon as possible.

WHEREAS, the parties presently are screening potential mediators and available dates for the mediation, and expect to attend mediation within the next few weeks.

WHEREAS, there is GOOD CAUSE to extend the due date for Thompson to respond to the Complaint to give the parties an opportunity to attempt to resolve this case through private mediation in the next few weeks: The parties believe that it would facilitate the possible early settlement of this Action, furthering judicial economy, if such early private mediation takes place before Thompson files his response to the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the parties, by and through their counsel of record, that the deadline for

1

1    Thompson to file and serve his response to the Complaint in the Action shall be

2    extended by an additional thirty (30) days, such that Thompson's response to the

3    Complaint shall be due on Monday, October 23, 2017.

4    DATED:  September 20, 2017          CALL & JENSEN

5

6                                        By:    /s/ Deborah A. Gubernick

7                                            (as authorized on 09/20/2017)
                                            Deborah A. Gubernick
8                                            Attorneys for Plaintiffs
                                            BIGTRUCK BRAND, INC. and
9                                            GALEN GIFFORD

10

11
     DATED:  September 20, 2017          MOUNTAINSIDE LAW
12

13
                                        By:    /s/ Alan R. Wechsler
14                                          Alan R. Wechsler
                                            Attorneys for Defendant
15                                          KELSEN THOMPSON

16

17        **IT IS SO ORDERED.**

18
     DATED:  September 21, 2017.
19

20
                                        _____
21                                      UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND
TO COMPLAINT**