Scott P. Shaw, Bar No. 223592
  sshaw@calljensen.com
Deborah A. Gubernick, Bar No. 242483
  dgubernick@calljensen.com
Samuel G. Brooks, Bar No. 272107
  sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGTRUCK BRAND, INC. and GALEN GIFFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>KELSEN THOMPSON, individually and doing business as "We the Trees Brand,"<br><br>Defendants. | Case No. 2:17-cv-01593-KJM-AC<br><br>**STIPULATION FOR JUDGMENT BY CONSENT AND PERMANENT INJUNCTION; ORDER**<br><br><br>Complaint Filed: August 1, 2017<br>Trial Date: None Set |

Plaintiffs BigTruck Brand, Inc. ("BigTruck") and Galen Gifford ("Gifford"), on the one hand, and Defendant Kelsen Thompson ("Thompson") (together, the "Parties"), on the other hand, hereby stipulate and consent to the entry of judgment on the following terms:

1. This Court has jurisdiction of the subject matter of this action and the Parties, and shall retain jurisdiction to enforce the terms of this judgment;

2. The Parties have decided to compromise and settle their differences in accordance with this judgment pursuant to a Settlement Agreement.

3. Pursuant to the Settlement Agreement, Thompson will not oppose BigTruck's claims of ownership of trade dress in the configuration of patches on hats consisting of a large square patch on the front of a hat to one side, combined with a smaller rectangular patch on the front of the hat to the other side, as shown in the drawings and pictures below:











Thompson will also not challenge the validity or ownership of any of the pending or registered trademarks shown in Exhibit A, attached.

4. Thompson is hereby permanently enjoined from making, selling, and/or otherwise distributing any hats using or incorporating the registered and pending trademarks shown in Exhibit A attached.

5. Thompson is further permanently enjoined from making, selling, and/or otherwise distributing any hats using or incorporating any patch configuration that is confusingly similar to BigTruck's claimed trade dress, including specifically any hat that features a large square patch on the front of the hat on either side of the hat, combined with a smaller rectangular patch on the front of the hat to the other side. Examples of hats that Thompson is enjoined from making, selling, and/or otherwise distributing are shown in the pictures below. These examples are illustrative and not exhaustive.










6. The parties shall bear their own costs and attorney's fees incurred in this action.

IT IS SO STIPULATED.



Dated: October 24, 2017

CALL & JENSEN
A Professional Corporation
Scott P. Shaw
Deborah A. Gubernick
Samuel G. Brooks

By: */s/ Deborah A. Gubernick*
    Deborah A. Gubernick

Attorneys for Plaintiffs

Dated: October 24, 2017

MOUNTAINSIDE LAW

By: */s/ Alan R. Wechsler (as authorized on 10.17.2017)*

    Alan R. Wechsler

Attorneys for Defendant

IT IS SO ORDERED AND ADJUDGED.

DATED: October 24, 2017.

_____
UNITED STATES DISTRICT JUDGE